UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HART, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KAWASAKI MOTORS CORP., USA,<br><br>    Defendant. | Case No. 23-cv-01610-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTIONS TO APPOINT GUARDIAN AD LITEM**<br><br>Re: Dkt. Nos. 3, 4 |

This action arises from a rollover accident in which two minor children (C.C. and P.H.) and their mothers (Amanda Coombs and Amy Hart) were injured. The parties have reached a settlement and intend to seek approval of the compromise of the minors' claims in this action. Plaintiffs have filed petitions asking the Court to appoint Amanda Coombs as guardian ad litem for her minor child, C.C., and Amy Hart as guardian ad litem for her minor child, P.H. ("the Petitions"). "Generally, when a minor is represented by a parent who is a party to the lawsuit and who has the same interests as the child there is no inherent conflict of interest." *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir.2001) (cited with approval in *Phelan v. Brentwood Union Sch. Dist.*, No. C 12-00465 LB, 2012 WL 909294, at *2 (N.D. Cal. Mar. 16, 2012) (appointing parent as guardian ad litem for minor child even though both asserted claims in the action based on the same incident)). In the Petitions, however, Plaintiffs state as to both proposed guardians ad litem: "She has interest adverse to that of the minor." Dkt. 3, 4. Therefore, the Petitions are DENIED without prejudice to refiling and correcting what may be a typographical error. Alternatively, Plaintiffs may file amended petitions that address the adverse interests of the proposed guardians ad litem and explain why their appointment is appropriate despite the existence of those adverse

interests.

**IT IS SO ORDERED.**

Dated: April 5, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge