UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HART, et al.,<br>        Plaintiffs,<br>v.<br>KAWASAKI MOTORS CORP., USA,<br>        Defendant. | Case No. 23-cv-01610-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 14 |

Plaintiffs have filed an administrative motion to file under seal portions of their petitions for approval of minor's compromise. Dkt. no. 14 ("Motion"). The Motion does not comply with the Court's civil local rule governing applications to file under seal. *See* Civ. L.R. 79-5. Although the Motion states that it is seeking to seal "portions" of the petitions, Plaintiffs have not filed redacted versions of those pleadings (either as exhibits to the Motion or as separate documents) or highlighted the portions they seek to seal in the unredacted documents filed as exhibits to the Motion. Likewise, the proposed order supplied with the Motion does not specifically identify the portions of the petitions sought to be sealed. Therefore, the Court DENIES the Motion without prejudice to refiling a sealing motion that is in compliance with the local rules. For guidance, Plaintiffs are directed to M.*G. v. Bodum USA, Inc*., Case No. C-19-1069 JCS, dkt. no. 89.

The Court also notes that Plaintiffs must, in addition to filing a motion to seal with the petitions attached, file the petitions (in redacted form) as separate documents using the correct docketing event, namely, motion > settlement. Plaintiffs should modify the default docket entry for that event to reflect that the motions are motions to approve minor's compromise. Finally, the Court reminds Plaintiffs to supply proposed orders for the petitions; the petitions filed as dkt. nos. 14-3 and 14-4 state that proposed orders are attached but no proposed orders are, in fact, attached

to those petitions.

**IT IS SO ORDERED.**

Dated: June 1, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge