UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HART, et al.,<br>            Plaintiffs,<br>    v.<br>KAWASAKI MOTORS CORP., USA,<br>            Defendant. | Case No. 23-cv-01610-JCS<br><br>**ORDER GRANTING PETITIONS FOR APPROVAL OF MINOR'S COMPROMISE**<br><br>Re: Dkt. No. 19, 20 |

The parties have entered into a settlement agreement ("Settlement Agreement") in this case settling the claims of Amanda Coombs' daughter, C.C., and Amy Hart's daughter, P.H.  Both children are minors and their mothers have been appointed as their guardians ad litem. *See* dkt. nos. 11,12.  Because C.C. and P.H. are minors, the Court has a special duty under Rule 17(c) of the Federal Rules of Civil Procedure to review the terms of the settlement to determine whether the agreement is in their best interests. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). The Court has considered Amanda Coombs' Verified Petition for Court Approval of Minor's Compromise For Her Daughter C.C. ("Coombs Petition") and Amy Hart's Verified Petition for Court Approval of Minor's Compromise For Her Daughter P.H. ("Hart Petition") and the supporting papers and finds that the Settlement Agreement is fair and reasonable and in the best interests of both C.C. and P.H.  Accordingly, the Court GRANTS the Coombs Petition and the Hart Petition and approves the Settlement Agreement. The Court further ORDERS that proof

of funding of the minors' blocked accounts and a stipulated dismissal of this case shall be filed within the next 90 days.

**IT IS SO ORDERED.**

Dated:   June 8, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge